IN RE: **Lynn(NMN) Nguyen**
_____
Debtor

CASE NO **04-70802-HDH-13**
(If Known)

_____
Joint Debtor

CHAPTER **13**

*AMENDED 9/23/2004*
## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxxxxx3874**<br>**Capital One Fsb**<br>**Po Box 85015**<br>**Richmond, VA 23285-5075** | - | | DATE INCURRED: **06/2003**<br>CONSIDERATION: **Note Loan**<br>REMARKS: | | | | $15,063.00 |
| ACCT #: **xxxxxxxxxxxx7725**<br>**Citifinancia**<br>**3212 S Fair Ln**<br>**Tempe, AZ 85282** | - | | DATE INCURRED: **08/2003**<br>CONSIDERATION: **Charge Account**<br>REMARKS: | | | | $4,943.00 |
| ACCT #: **xxxxxxxxxxxx7725**<br>**Citifinancia**<br>**3212 S Fair Ln**<br>**Tempe, AZ 85282** | - | | DATE INCURRED: **08/2003**<br>CONSIDERATION: **Charge Account**<br>REMARKS: | | | | $4,943.00 |
| ACCT #: **xxxxxxxx1023**<br>**Discover Fin**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | - | | DATE INCURRED: **10/1999**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $9,968.00 |
| ACCT #: **xxxxxxxx8064**<br>**Discover Fin**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | - | | DATE INCURRED: **11/2000**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $755.00 |
| ACCT #: **xxxxxxxxxxxx4918**<br>**E*trade Credit Card**<br>**671 N Glebe Rd Fl 11**<br>**Arlington, VA 22203** | - | | DATE INCURRED: **04/2002**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $5,035.00 |
| ACCT #: **xxxxxxxxxxxx3975**<br>**Fnb Omaha**<br>**2223 Dodge Street**<br>**Omaha, NE 68102** | - | | DATE INCURRED: **01/2003**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $8,551.00 |

_____1_____ continuation sheets attached

**Total for this Page (Subtotal) >**     $49,258.00
**Running Total >**     $49,258.00

IN RE: **Lynn(NMN) Nguyen**
Debtor

Joint Debtor

CASE NO **04-70802-HDH-13**
(If Known)

CHAPTER **13**

*AMENDED 9/23/2004*

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxx3468**<br>**Fst Usa Bk**<br>**1001 Jefferson Plaza**<br>**Wilmington, DE 19701** | | - | DATE INCURRED: **02/1999**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $25,646.00 |
| ACCT #: **xxx6482**<br>**Titanium Emergency Group, LLP**<br>**PO Box 3407**<br>**Wichita Falls, TX 76301-0407** | | C | DATE INCURRED:<br>CONSIDERATION: **Medical**<br>REMARKS: | | | | $258.00 |
| ACCT #: **xxx6482**<br>**United Revenue Corp**<br>**204 Billings St Ste 120**<br>**Arlington, TX 76010** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for: Titanium Emergency**<br>REMARKS: | | | | $0.00 |
| ACCT #: **xxxxxxxx0102**<br>**Wffinance**<br>**3201 N 4th Ave**<br>**Sioux Falls, SD 57104** | | - | DATE INCURRED: **01/2003**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $3,075.00 |
| ACCT #: **xxxxxxxxxxxxx3707**<br>**WFNNB-Victoria's Secret**<br>**PO Box 659728**<br>**San Antonio, TX 78265-9728** | | - | DATE INCURRED:<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $299.00 |
| ACCT #: **xxxxx9642**<br>**Wfnnb/new York & Compa**<br>**220 W Schrock Rd**<br>**Westerville, OH 43081** | | - | DATE INCURRED: **03/1999**<br>CONSIDERATION: **Charge Account**<br>REMARKS: | | | | $443.00 |
| ACCT #: **xxxxx9642**<br>**Wfnnb/new York & Compa**<br>**220 W Schrock Rd**<br>**Westerville, OH 43081** | | - | DATE INCURRED: **03/1999**<br>CONSIDERATION: **Charge Account**<br>REMARKS: | | | | $443.00 |
| | | | **Total for this Page (Subtotal) >** | | | | **$30,164.00** |
| | | | **Running Total >** | | | | **$79,422.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:   **Lynn(NMN) Nguyen**                                                              CASE NO   **04-70802-HDH-13**

               *Debtor(s)*                                                                         CHAPTER   **13**

*AMENDED 9/23/2004*
**VERIFICATION OF MAILING LIST**

    In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of her knowledge.  I also certify that the attached mailing list

  ( ) is the first mailing list filed in this case.

  (x) adds entities not listed on previously filed mailing list(s).

  ( ) changes or corrects names and address on previously filed mailing lists.


                                                          /s/ Monte J White
                                                          *Monte J White*
                                                          *00785232*
                                                          *Monte J. White & Associates, P.C.*
                                                          *1106 Brook Ave.*
                                                          *Wichita Falls, TX 76301*
                                                          *(940) 723-0099*

```
Titanium Emergency Group, LLP
PO Box 3407
Wichita Falls, TX 76301-0407


United Revenue Corp
204 Billings St Ste 120
Arlington, TX 76010
```